Approved.
IT IS SO ORDERED.

*s/ James R. Knepp II*
U.S. District Judge

August 26 2024

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **CODY DELGADO,** | : | CASE NO.: 3:23-CV-00844 |
| **Plaintiff**, | : | **JUDGE JAMES R. KNEPP II** |
| v. | : | |
| **JAMES SNELL, et al.** | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendants**. | : | |

**NOW COMES** Plaintiff Cody Delgado and Defendants James Snell and the City of Clyde, Ohio, by and through counsel, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), to the dismissal of this action, with prejudice, against all Defendants, the same having been fully resolved.

Respectfully submitted,

| | |
|---|---|
| SURDYK, DOWD & TURNER CO., L.P.A. | THE PATTAKOS LAW FIRM LLC |
| */s/ Dawn M. Frick* | */s/ Peter Pattokos per email auth 8/22/24.* |
| Jeffrey C. Turner (0063154) | Peter Pattakos (0082884) |
| Dawn M. Frick (0069068) | Zoran Balac (0100501) |
| Susan M. Deaton (0097352) | 101 Ghent Road |
| 8163 Old Yankee Street, Suite C | Fairlawn, Ohio 44333 |
| Dayton, Ohio 45458 | (330) 836-8533, FAX - (330) 836-8536 |
| (937) 222-2333, FAX - (937) 222-1970 | peter@pattakoslaw.com |
| jturner@sdtlayers.com | zbalac@pattakoslaw.com |
| dfrick@sdtlawyers.com | *Trial Attorneys for Cody Delgado* |
| sdeaton@sdtlawyers.com | |
| *Trial Attorneys for Defendants James Snell and City of Clyde* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties and/or their counsel of record.

*/s/ Dawn M. Frick*
Dawn M. Frick (0069068)